MEMPHIS CITY BANK *v.* TENNESSE AND SHELBY COUNTY, No. 675, by stipulation, is to abide the event of foregoing case.